```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GOTHAM DISTRIBUTING CORP.        :        CIVIL ACTION
                                 :
           v.                    :
                                 :        NO. 14-CV-6165
UNITED PARCEL SERVICE CO.,       :
INC., ET AL.                     :
```

## ORDER

AND NOW, this 27th day of July, 2016, upon consideration of Defendants' Motions for Summary Judgment (Doc. Nos. 40, 41), Plaintiff's Omnibus Response in Opposition thereto (Doc. No. 46), Defendants' Replies in Further Support thereof (Doc. Nos. 49, 51), and Plaintiff's Sur-reply in Further Opposition thereto (Doc. No. 54), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the Defendants' Motions are DENIED.

BY THE COURT:


S/J. Curtis Joyner
J. CURTIS JOYNER, J.